# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE CADLE COMPANY, II, INC.

VERSUS

ROGER D. LINDER AND GENERAL
MILES BIGGS, JR. A/K/A G.
MILES BIGGS, JR.

NO. 2019 CW 0996

SEP 1 8 2019

---

In Re:   The Cadle Company, II, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2017-15112.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Plaintiff, The Cadle Company, II, Inc., failed to meet its burden of proving that there is no genuine issue of material fact and that it is entitled to judgment as a matter of law, as the affidavit submitted in support of the motion for summary judgment failed to accurately set forth the balance owed on the promissory note by omitting the payments received from the bankruptcy trustee on behalf of the principal obligor. In addition, plaintiff failed to produce evidence sufficient to allow the court to render an award of attorneys' fees requested by plaintiff.

**JMG**

**Whipple, C.J.**, concurs and would deny on the showing made.

**Crain, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT